1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN RE:  STEVEN WAYNE BONILLA

No. 2:25-cv-00832-JAM-CSK

No. 2:25-cv-00834-JAM-CSK

No. 2:25-cv-00837-JAM-CSK

No. 2:25-cv-00840-JAM-CSK

No. 2:25-cv-00844-JAM-CSK

No. 2:25-cv-00845-JAM-CSK

No. 2:25-cv-00846-JAM-CSK

No. 2:25-cv-00847-JAM-CSK

No. 2:25-cv-00850-JAM-CSK

No. 2:25-cv-00853-JAM-CSK

**ORDER**

27
28

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5  the Court to open a new case for each attempted new pleading and assign it to the Court for

6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10         Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00832, 2:25-cv-00834, 2:25-cv-

11  00837, 2:25-cv-00840, 2:25-cv-00844, 2:25-cv-00845, 2:25-cv-00846, 2:25-cv-00847, 2:25-cv-

12  00850 and 2:25-cv-00853 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13  these cases.  **No further filings will be accepted**.

14

15  Dated: March 27, 2025                     /s/ John A. Mendez

16                                            THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24  [1] In the caption of 2:25-cv-00834, plaintiff names the Shasta County Superior Court.  In the
captions of 2:25-cv-00844, 2:25-cv-00845 and 2:25-cv-00846, plaintiff names the Siskiyou

25  County Superior Court.  In the caption of 2:25-cv-00850, plaintiff names the Inyo County
Superior Court.  In the caption of 2:25-cv-00853, plaintiff names the Tehama County Superior

26  Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United
States District Court for the Eastern District of California, this Court finds that the claims raised

27  in 2:25-cv-00834, 2:25-cv-00844, 2:25-cv-00845, 2:25-cv-00846, 2:25-cv-00850 and 2:25-cv-
00853 are related to Plaintiff's Alameda County criminal conviction.

28